# Sixth District Court of Appeal
## State of Florida

_____

Case No. 6D2024-1341
Lower Tribunal No. CF22-003608-XX

_____

Ivan Thomas Johnson,

Appellant,

v.

State of Florida,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Michelle O. Pincket, Judge.

March 3, 2026

PER CURIAM.

AFFIRMED.

SMITH, BROWNLEE and KAMOUTSAS, JJ., concur.


Lee Adam Cohen, of Cohen Law, P.A., Lakeland, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED